| | |
|---|---|
| AMGUARD INSURANCE COMPANY ) | |
| 16 S. River Street ) | |
| Wilkes-Barre, Pennsylvania 18702, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: <u>1-21-cv-00075</u> |
| vs. ) | |
| ) | |
| A&H TOWING, LLC ) | JUDGE: <u>William L. Campbell, Jr.</u> |
| 2067 Preacher Holt Road ) | |
| Mt. Pleasant, Tennessee 38474 ) | |
| c/o Harold Padgett, Registered Agent ) | |
| ) | |
| HAROLD PADGETT ) | |
| 2067 Preacher Holt Road ) | |
| Mt. Pleasant, Tennessee 38474 ) | |
| ) | |
| AUSTIN PADGETT ) | |
| 2305 Williamsport Pike ) | |
| Columbia, Tennessee 38401 ) | |
| ) | |
| JOHN VENABLE ) | |
| 801 Iris Circle ) | |
| Columbia, Tennessee 38401 ) | |
| Defendants, ) | |
| vs. ) | |
| JANICE KILLEN ) | |
| 57 Sutton Drive ) | |
| Lawrenceburg, Tennessee 38464 ) | |
| ) | |
| MAXWELL KENNETH HOWARD, ) | |
| Deceased bnf MELISSA CARTER ) | |
| 1513 Hatcher Lane, Apartment G-80 ) | |
| Columbia, Tennessee 38401 ) | |
| ) | |
| MELISSA D. CARTER, ) | |
| 1513 Hatcher Lane, Apartment G-80 ) | |

| | |
|---|---|
| Columbia, Tennessee 38401 | ) |
| | ) |
| Necessary Party Defendants. | ) |
| | ) |
| Defendants. | ) |

## NECESSARY PARTY DEFENDANT JANICE KILLEN'S ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

Comes now the Necessary Party Defendant Janice Killen and hereby answers the Plaintiff's Complaint for Declaratory Judgment as follows:

### I. NATURE OF THE ACTION

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### II. PARTIES

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

3. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

4. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

5. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

6. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

7. Admitted.

8. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

9. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### III. JURISDICTION AND VENUE

10. Upon information and belief, the averments of this paragraph are admitted.

11. Upon information and belief, the averments of this paragraph are admitted.

12. Upon information and belief, the averments of this paragraph are admitted.

### IV. FACTUAL BACKGROUND

13. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

14. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

15. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

16. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

17. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

18. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

19. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

20. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

21. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

22. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

23. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

24. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

25. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

26. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

27. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

28. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

29. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### A. The Policy

30. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

31. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

32. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

33. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

34. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

35. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### B. A & H's Representations Were False and Misleading

36. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

37. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

38. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

39. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

40. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

41. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

42. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

43. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

44. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

45. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

46. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

47. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

48. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

49. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

50. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

51. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

52. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

53. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### C. Events Leading to Killen Action

54. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

55. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

56. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

57. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

58. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

59. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

60. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

61. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

62. Upon information and belief, the averments of this paragraph are admitted.

63. Upon information and belief, the averments of this paragraph are admitted.

### D. The Killen Action

64. Admitted.

65. Admitted.

66. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

67. Denied.

68. Denied.

69. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

70. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### D. (improperly labelled by Defendant as Subpart D) Events Leading to Carter Action

71. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

72. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

73. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

74. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

75. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

76. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### E. Application of Tennessee Law

77. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

78. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

79. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

80. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

81. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

82. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

83. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

### COUNT 1

### DECLARATORY RELIEF: POLICY IS VOID *AB INITIO* UNDER TENNESSEE LAW

84. This defendant incorporates her responses to #1-83 as if set forth fully here.

85. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

86. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

87. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

88. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

89. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

90. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

91. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

92. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

93. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

**COUNT II**

**DECLARATORY RELIEF: POLICY IS VOID BY ITS OWN TERMS**

94. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

95. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

96. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

97. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

98. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

99. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

100. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

101. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

102. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

103. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

104. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

**RELIEF REQUESTED**

105. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

106. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

107. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

108. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

109. This defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

This defendant denies that Plaintiff is entitled to any of the relief sought in its complaint.

**WHEREFORE,** having fully answered, this defendant prays that this action be dismissed with her costs and demands a jury of twelve person to try this cause.

Respectfully submitted,

/s/ Mackenzie Cover
Mackenzie Cover, Esq. #036773
Michael D. Ponce & Associates
Attorney for Defendant Janice Killen
400 Professional Park Drive
Goodlettsville, TN 37072
(615) 851-1776

.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the court's electronic filing system on:

Pamela Bagley Webb
Gordon & Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 37067
Phone: (615) 772 – 9010
Email: pwebb@grsm.com

and via USPS mail on:

Allen Callison
201 4th Avenue North, Suite 1400
Nashville, TN 37219
Phone: 615-499-7177
Email: allen@callison@mgclaw.com

Blair Durham
Bart Durham Injury Law
404 James Robertson Parkway, Suite 1712
Nashville, TN 37219
Phone: 800 – 217- 9633
Email: blairdurham@bartdurham.net

Hayley Vos
Ortale Kelley
330 Commerce Street, Suite 110
Nashville, TN 37201
Phone: 615 – 256-9999
Email: hvos@ortalekelley.com

Holland Matthews
700 North Main Street
Columbia, TN 38401
Phone: 931-381-2460
Email: holland@matthewsinjurylaw.com

on this 18th day of January, 2022.

/s/ Mackenzie Cover
Mackenzie Cover