# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| **AMGUARD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO: 1:21-cv-00075** |
| **V.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **A&H TOWING, LLC ET AL.,** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT
## REGARDING MEDIATION DETAILS

Come now the Parties, jointly, pursuant to the Court's Order referring this matter to mediation [Doc. No. 40], and report as follows:

By agreement, the Parties have scheduled mediation for **April 10, 2023**, to be conducted at the Law Office of Smith & Tomkins with attorney Warren M. Smith acting as mediator. Additionally, representatives for the plaintiffs in the underlying, related, state-court cases have agreed to attend the mediation and participate. Upon the conclusion of mediation, a report of mediation will be promptly filed pursuant to Local Rule 16.05(b).

    Respectfully Submitted:

    THE MATTHEWS FIRM, PLLC

BY:    */s/ R. Holland Matthews*
    R. Holland Matthews, #030486
    700 N. Main Street
    Columbia, TN 38401
    931.381.2460
    holland@matthewsinjurylaw.com
    *Attorneys for Defendants*

|  | GORDON & REES SCULLY MANSUKHANI, LLP |
|---|---|
| BY: | */s/ Pamela Bagley Webb* |
|  | Pamela Bagley Webb, #33698 |
|  | 4031 Aspen Grove Dr., Ste. 290 |
|  | Franklin, TN 37067 |
|  | 615.772.9010 |
|  | pwebb@grsm.com |
|  | *Attorney for Plaintiff* |

CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF filing system and/or via United States Mail on the parties not registered with the Court's electronic filing system:

Pamela Bagley Webb
Gordon & Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Ste. 290
Franklin, TN 37067
pwebb@grsm.com
*Attorney for AmGuard Insurance Co.*

On this the 28th Day of February, 2023.

*/s/ R. Holland Matthews*
R. Holland Matthews