IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMGUARD INSURANCE COMPANY ) <br> 16 S. River Street ) <br> Wilkes-Barre, Pennsylvania 18702, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> A&H TOWING, LLC ) <br> 2067 Preacher Holt Road ) <br> Mt. Pleasant, Tennessee 38474 ) <br> c/o Harold Padgett, Registered Agent ) <br> ) <br> HAROLD PADGETT ) <br> 2067 Preacher Holt Road ) <br> Mt. Pleasant, Tennessee 38474 ) <br> ) <br> AUSTIN PADGETT ) <br> 2305 Williamsport Pike ) <br> Columbia, Tennessee 38401 ) <br> ) <br> JOHN VENABLE ) <br> 801 Iris Circle ) <br> Columbia, Tennessee 38401 ) <br> Defendants, ) <br> vs. ) <br> JANICE KILLEN ) <br> 57 Sutton Drive ) <br> Lawrenceburg, Tennessee 38464 ) <br> ) <br> MAXWELL KENNETH HOWARD, ) <br> Deceased bnf MELISSA CARTER ) <br> 1513 Hatcher Lane, Apartment G-80 ) <br> Columbia, Tennessee 38401 ) <br> ) <br> MELISSA D. CARTER, ) <br> 1513 Hatcher Lane, Apartment G-80 ) | CASE NO.: 1-21-cv-00075 <br><br> JUDGE: William L. Campbell, Jr. |

| | |
|---|---|
| Columbia, Tennessee 38401 | ) |
| | ) |
| Necessary Party Defendants. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISASSOCIATION AND SUBSTITUTION OF COUNSEL

Comes now attorney Brian Dunigan, and hereby provide notice that L. Mackenzie Cover is no longer associated with Ponce Law, PC, and should be removed as counsel for Necessary Party Defendant Janice Killen in this cause. Brian Dunigan hereby enters his appearance as counsel for Necessary Party Defendant Janice Killen and all future correspondence from the Court and all parties should be directed to Brian Dunigan at the address provided below.

Respectfully submitted,

PONCE LAW PC

*s/Brian Dunigan*
Brian Dunigan, BPR No. 20735
Counsel for Necessary Party
Defendant Janice Killen
400 Professional Park Drive
Goodlettsville, TN 37072
Telephone: (615) 851-1776

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the court's electronic filing system on:

Pamela Bagley Webb
Gordon & Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 37067
Phone: (615) 772 – 9010
Email: pwebb@grsm.com

and via USPS mail on:

Allen Callison
201 4th Avenue North, Suite 1400
Nashville, TN 37219
Phone: 615-499-7177
Email: allen@callison@mgclaw.com

Blair Durham
Bart Durham Injury Law
404 James Robertson Parkway, Suite 1712
Nashville, TN 37219
Phone: 800 – 217- 9633
Email: blairdurham@bartdurham.net

Hayley Vos
Ortale Kelley
330 Commerce Street, Suite 110
Nashville, TN 37201
Phone: 615 – 256-9999
Email: hvos@ortalekelley.com

Holland Matthews
700 North Main Street
Columbia, TN 38401
Phone: 931-381-2460
Email: holland@matthewsinjurylaw.com

on this 21st day of March, 2023.

/s/ Brian Dunigan